IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

    Plaintiff,

  vs.

JOHN F. ROOD,

    Defendant.

No. 2:15-cv-0860-MCE-CMK

ORDER

Defendant, proceeding pro se, removed this action from the Shasta County Superior Court on April 22, 2015. Pending before the court is plaintiff's motion to remand (Doc. 4). No opposition to the pending motion has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for June 10, 2015, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter submitted on the record and briefs without oral argument.

    IT IS SO ORDERED.

DATED: June 5, 2015

                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE